

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| SALVARDOR GARCIA, | § | No. 08-19-00176-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# 3539) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **March 31, 2020**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Jepson, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 31, 2020.

IT IS SO ORDERED this 23rd day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.